In re Johnson, Frederick; — Plaintiff; Applying For Supervisory and/or Remedial Writs, Parish of Vernon, 30th Judicial District Court Div. B, No. 32-564.
Denied. See State v. Tate, 12-2763 (La.11/5/13), 130 So.3d 829, cert. denied, Tate v. Louisiana, — U.S.—, 134 S.Ct. 2663, 189 L.Ed.2d 214 (2014).
JOHNSON, C.J., JOHNSON, C.J. would grant.
In State v. Tate, 2012-2763 (La.11/5/13), 130 So.3d 829, this court held that Miller v. Alabama, 567 U.S.-, 132 S.Ct. 2455, 183 L.Ed.2d 407 (2012), does not retroactively apply to juvenile offenders whose life sentences were handed down before the Supreme Court issued its opinion. In my view, Miller announced a new rule of criminal procedure that is substantive, and consequently should apply retroactively.